**PAUL ROSS**

21 Liberty street #213

SIDNEY, NY  13838

e-mail: reallifegames81@gmail.com

Phone: 607-240-7019

3:13 CR 418



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 1 4 2018
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

Date: 3/10/2018

Dear Senior Court Judge McAvoy,

    I was just informed that Federal Probation Officer Michael Pierce retired a little sooner than was expected. I always considered Mr. Pierce to be very fair and non-judgmental, which brings me to this letter. I had more than one conversation with probation officer Pierce about my probation, and the real possibility of getting off probation after completing 2 years without any incidents, or violations. As you are aware I did travel to the Philippines for the month of December last year, and while I was there I did get married to a nice lady that I had been corresponding with for some time. Mr. Pierce was going to approach this subject with your honor, and see if I could be released from probation one year early so that I can move to the Philippines to be with my wife. I have nothing keeping me here, and would like to start my life over with my new wife, and in another country. I have no more animosity towards anyone associated with my case, nor do I wish to pursue my lawsuit. I only wish to have a new life in another place. I know that if I don't return to my wife by May or June I will most likely lose her, and with that goes any hope of me ever starting my life over. I spoke with Mike Kester on the phone yesterday and he informed me that Mike Pierce's replacement would be down later this month or early next month. My concern was that the new probation officer would not be familiar with my case, and therefore make it difficult to convey my whole situation. I have no problem waiting to meet the new probation officer, and to have the opportunity to go over my case with him, and to bring him up to speed on my case. I am only writing this letter to bring to your attention my marriage and my need to be with my wife. I will wait for the new probation officer to sit down with you to see about ending my probation 10 months early. Thank you for your time in this matter.

Respectfully Submitted,

*Paul R. Ross*

Paul Raymond Ross

PAUL & JEA ROSS
21 LIBERTY ST. #213
SIDNEY, NY 13838

SYRACUSE NY 130
12 MAR 2018 PM 3 L

FEDERAL COURT BUILDING
C/O COURT CLERK
15 HENRY STREET
BINGHAMTON, NY 13901

13901-272399